1  Rachel E. Kaufman (Cal. Bar No. 259353)
   rachel@kaufmanpa.com
2  Kaufman P.A.
   237 South Dixie Highway, 4th Floor
3  Coral Gables, FL 33133
   Telephone: (305) 469-5881
4
   *Attorney for Plaintiff and the Proposed Class*
5

6

7                        UNITED STATES DISTRICT COURT

8                       NORTHERN DISTRICT OF CALIFORNIA

9

| | |
|---|---|
| TERRI LEE NICHOLS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>360 FINANCIAL GROUP LLC and POLICYSCOUT, LLC,<br><br>Defendant. | Case No. 3:22-cv-03899-RS<br><br>**STIPULATION FOR DISMISSAL & [PROPOSED] ORDER**<br><br>JUDGE: HON. RICHARD SEEBORG |

Plaintiff Terri Lee Nichols and Defendant 360 Financial Group LLC hereby stipulate to the dismissal of this action with prejudice as to Plaintiff's individual claims and without prejudice as to any other member of the putative class's right to bring claims, with each party to bear its own attorneys' fees and costs.

                                        Respectfully submitted,

Dated: July 17, 2023              By: */s/ Rachel E. Kaufman*
                                      Rachel E. Kaufman
                                      KAUFMAN P.A.
                                      *Attorney for Plaintiff and the Proposed Class*


                                  By: */s/ Seth Wiener*
                                      Seth Wiener (California State Bar No. 203747)
                                      LAW OFFICES OF SETH W. WIENER
                                      609 Karina Court
                                      San Ramon, CA 94582
                                      Telephone: (925) 487-5607
                                      Email: seth@sethwienerlaw.com

*Attorneys for Defendant*
*360 Financial Group LLC*

**ECF ATTESTATION**

I, Rachel E. Kaufman, attest that concurrence in this filing has been obtained from the signatories above.  *See* L.R. 5-1(h)(i)(3).

Dated:     July 17, 2023   By: *s/ Rachel E. Kaufman*

ORDER

The above STIPULATION & PROPOSED ORDER is approved and this action is hereby dismissed as stated above.

IT IS SO ORDERED.

Dated:

UNITED STATES DISTRICT JUDGE